In The



Court of Appeals



Ninth District of Texas at Beaumont



____________________



NO. 09-07-303 CV


____________________



IN RE BEAUMONT TRANSIT COMPANY a/k/a 


BEAUMONT TRANSIT SYSTEM AND KEITH JONES






Original Proceeding






 MEMORANDUM OPINION


 On June 13, 2007, Beaumont Transit Company a/k/a Beaumont Transit System and
Keith Jones filed a petition for writ of mandamus. We stayed further proceedings in the trial
court and requested a response from the real party in interest, Gloria A. Vasquez. On June
22, 2007, the relators filed a motion to dismiss this mandamus proceeding without prejudice
because the underlying litigation settled. 

 The relators no longer request mandamus relief from the Court. Accordingly, our stay
order entered June 14, 2007, is vacated and this original proceeding is dismissed without
prejudice and without reference to the merits. 

 PER CURIAM

Opinion Delivered July 12, 2007

Before McKeithen, C.J., Gaultney and Kreger, JJ.